■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER L. CLARK, Appellant. [689 NYS2d 874] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.— Sexual Abuse, 1st Degree.) Present—Denman, P. J., Pine, Hayes, Wisner and Callahan, JJ. (Filed Mar. 15, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMY LOWELL PEEBLES, Appellant. [689 NYS2d 873] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.— Criminal Possession Weapon, 3rd Degree.) Present—Green, J. P., Pine, Hayes, Wisner and Callahan, JJ. (Filed Mar. 10, 1999.)

(March 31, 1999)

■ In the Matter of LUIS AGOSTO, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [689 NYS2d 896] —Proceeding unanimously dismissed without costs as moot (see, Matter of Free v Coombe, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Lawton, Hayes, Pigott, Jr., and Scudder, JJ.